KEVIN T. CONWAY, ESQ.
ATTORNEY AT LAW
LICENSED IN
N.Y., N.J., CT.

*664 Chestnut Ridge Road*
*Spring Valley, NY 10977*
*Tel: (845) 352-0206*
*Fax: (845) 352-0481*

*c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*500 Frank W. Burr Blvd., Ste. 31*
*Teaneck, NJ 07666*
*Tel: (201) 928-1100*

October 22, 2018.

The Honorable Judge Jesse M. Furman
United States District Courthouse
40 Foley Square
New York, NY 10007

***Re: 1:18-cv-06581-JMF Letter-Motion to Adjourn Conference on October 23, 2018 at 4:00 p.m.***

Dear Judge Furman:

I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. Please allow this letter to serve as a motion to adjourn the Conference scheduled for October 23, 2018 at 4:00 a.m. Due to various scheduling conflicts, Plaintiff's counsel will not be able to attend the conference scheduled for October 23, 2018 at 4:00 p.m. Additionally, Plaintiff has reached a settlement in principal with Defendant through his counsel, Jeffrey Antonelli. Therefore, Plaintiff expects to be able to file closing documents in the near future.

For the foregoing reasons, Plaintiff is respectfully requesting an adjournment of the Conference scheduled for October 23, 2018 at 4:00 p.m.

Dated: October 22, 2018

Respectfully submitted,

By: */s/ Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
664 Chestnut Ridge Road

<div align="right">
Spring Valley, New York 10977-6201<br>
T: 845-352-0206<br>
F: 845-352-0481<br>
E-mail: ktcmalibu@gmail.com<br>
*Attorney for Plaintiff*
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    */s/ Kevin T. Conway*
            Kevin T. Conway, Esq.